**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Lalita Hardeman, | |
| Plaintiff, | Case No.: 1:16-cv-00929-SCJ-JCF |
| v. | |
| Stellar Recovery, Inc., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

COMES NOW Lalita Hardeman, Plaintiff in the above styled and numbered matter, by and through her undersigned counsel, and respectfully notifies the Court that Plaintiff and Defendant, Stellar Recovery, Inc., (hereinafter "Stellar") have settled their dispute in principle. Plaintiff's settlement with Stellar resolves Plaintiff's claims against Stellar, and obviates the need for Stellar to file an Answer. Once the settlement documents are finalized, Plaintiff intends to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 22nd day of June, 2016.

/s/ Paul J. Sieg
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600

Atlanta, GA 30324
Ph. (404) 235-3314
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.1.

This 22nd day of June, 2016.

>*/s/ Paul J. Sieg*
>Paul J. Sieg, Bar No.: 334182
>Matthew T. Berry, Bar No.: 055663
>Berry & Associates
>2751 Buford Highway, Suite 600
>Atlanta, GA 30324
>Ph. (404) 235-3305
>Fax (404) 235-3333
>psieg@mattberry.com
>matt@mattberry.com
>*Plaintiff's Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to all attorneys of record.

>   */s/ Paul J. Sieg*
>   Paul J. Sieg, Bar No.: 334182
>   Matthew T. Berry, Bar No.: 055663
>   Berry & Associates
>   2751 Buford Highway, Suite 600
>   Atlanta, GA 30324
>   Ph. (404) 235-3305
>   Fax (404) 235-3333
>   psieg@mattberry.com
>   matt@mattberry.com
>   *Plaintiff's Attorneys*