# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Lalita Hardeman,

       Plaintiff,                      Case No.: 1:16-cv-00929-SCJ-JCF

v.

Stellar Recovery, Inc.,

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Comes now the Plaintiff Lalita Hardeman, through counsel, and gives notice pursuant to F.R.C.P. 41(a)(1)(A)(i), that Defendant Stellar Recovery, Inc. is voluntarily dismissed, *with prejudice*, from this action.

Respectfully submitted this 8th day of July, 2016.

                                                    */s/ Paul J. Sieg*
                                                    Paul J. Sieg, Bar No.: 334182
                                                    Matthew T. Berry, Bar No.: 055663
                                                    Berry & Associates
                                                    2751 Buford Highway, Suite 600
                                                    Atlanta, GA 30324
                                                    Ph. (404) 235-3305
                                                    Fax (404) 235-3333
                                                    psieg@mattberry.com
                                                    matt@mattberry.com
                                                    *Plaintiff's Attorneys*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.1.

This 8th day of July, 2016.

<u>*/s/ Paul J. Sieg*</u>
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3314
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8th, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3314
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Plaintiff's Attorneys*